**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01488-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**TABATHA S. NEALY, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02723-2015**

## ORDER

We **GRANT** appellee's April 4, 2016 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by **May 4, 2016**. No further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE